UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

In the Matter of          :

SHELDON H. KRONEGOLD      :          Misc: 00-178 (DRD)

An Attorney-at-Law        :          O R D E R

It appearing that by order of the Supreme Court of New Jersey and by subsequent order of this Court SHELDON H. KRONEGOLD was suspended from the practice of law until further order of the court; and it further appearing that by order of the Supreme Court of New Jersey dated November 25, 2009, said suspension was lifted and SHELDON H. KRONEGOLD was restored to the practice of law, and thereby reinstated,

It is on this __4th__ day of __January, 2010__, ~~2009~~;

ORDERED that SHELDON H. KRONEGOLD be and he hereby is restored to the practice of law before this court and SHELDON H. KRONEGOLD is reinstated to the practice of law before this Court, subject to the Supreme Court's conditions.

GARRETT E. BROWN, JR.
CHIEF JUDGE